**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____  Chapter __**7**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**

   **CB Woodbury, LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

   dba Charlie Brown's; dba Charlie Brown's Fresh Grill; dba Charlie Brown's Steakhouse

3. **Debtor's federal Employer Identification Number (EIN)**

   4  5  –  1  5  7  4  6  0  5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **14504 Hertz Quail Springs Pkwy** | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | **Oklahoma City**  **OK**  **73134** | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | **Oklahoma** | Location of principal assets, if different from principal place of business |
   | County | |
   | | **111 North Broad Street** |
   | | Number    Street |
   | | **Woodbury**  **NJ**  **08096** |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **CB Woodbury, LLC**_____     Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__7__ __2__ __2__ __5__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **CB Woodbury, LLC** _____  Case number (if known) _____

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? |
|---|---|

☑ No

☐ Yes.  District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

If more than 2 cases, attach a separate list.

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? |
|---|---|

☐ No

☑ Yes.  Debtor  **CB Old Tappan, LLC** _____  Relationship **Commonly Owned**

District  **Western District of Oklahoma** _____  When  **01/22/2020**
MM / DD / YYYY

Case number, if known  **20-10194** _____

Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

List all cases.  If more than 1, attach a separate list.

| 11. | Why is the case filed in *this district*? |
|---|---|

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **CB Woodbury, LLC** _____    Case number (if known) _____

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **CB Woodbury, LLC**                                    Case number (if known) _____

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/31/2020**
   MM / DD / YYYY

X **/s/ Bradley L. Grow**
  Signature of authorized representative of debtor

**Bradley L. Grow**
Printed name

**President**
Title

**18.  Signature of attorney**

X **/s/ Mark B. Toffoli**                    Date **08/31/2020**
  Signature of attorney for debtor                           MM / DD / YYYY

**Mark B. Toffoli**
Printed name

**The Gooding Law Firm, P.C.**
Firm name

**650 City Place Building**
Number          Street

**204 N. Robinson Avenue**

**Oklahoma City**                                    **OK**          **73102**
City                                                    State          ZIP Code

**(405) 948-1978**                                    **mtoffoli@goodingfirm.com**
Contact phone                                          Email address

**9045**                                               **OK**
Bar number                                             State

CB Woodbury, LLC

Form 201

Supplemental Information to Item10


Are any bankruptcy cases     ☑ Yes
pending or being filed by a
business partner or an
affiliate of the debtor?

       Debtor: <u>CB Chatham, LLC</u>           Relationship: <u>commonly owned</u>

       District: <u>Western District of Oklahoma</u>     When: <u>July 24, 2020</u>

       Case Number: <u>  20-12452</u>


       Debtor: <u>CB Silverton, LLC</u>           Relationship: <u>commonly owned</u>

       District: <u>Western District of Oklahoma</u>     When: <u>July 24, 2020</u>

       Case Number: <u>  20-12454</u>


       Debtor: <u>CB Wayne, LLC</u>           Relationship: <u>commonly owned</u>

       District: <u>Western District of Oklahoma</u>     When: <u>July 24, 2020</u>

       Case Number: <u>  20-12455</u>


       Debtor: <u>CB Denville, LLC</u>           Relationship: <u>commonly owned</u>

       District: <u>Western District of Oklahoma</u>     When: <u>July 24, 2020</u>

       Case Number: <u>  20-12453</u>

Debtor: <u>CB Westampton, LLC</u>            Relationship: <u>commonly owned</u>

District: <u>Western District of Oklahoma</u>     When: <u>August 17, 2020</u>

Case Number: <u>20-12719</u>


Debtor: <u>CHBR Fishkill, LLC</u>            Relationship: <u>commonly owned</u>

District: <u>Western District of Oklahoma</u>     When: <u>August 24, 2020</u>

Case Number: <u>20-12719</u>

CB WOODBURY, LLC - Inventory of Smallwares and FF&E                    Page 1

| Refrigeration | |
| --- | --- |
| Double Door Reach in | 1 |
| Single Door Reach in | 4 |
| Double Door Deli Top | 2 |
| Single Door Deli Top | 1 |
| Double Door Ice Cream Chest | 1 |
| Expo Baine Marie | 1 |
| Ice Cream Chest Freezer single | 1 |
| Dessert Single Deli Top | 1 |
| Bar Beer Glass Chiller | 1 |
| Double Beer Bottle Cooler | 1 |
| Salad Bar Iced | 1 |
| Bottle Chest Ice Bar | 1 |
| Tap System | 1 |

| Equipment | |
| --- | --- |
| Small Microwave Table Top | 1 |
| Fryer | 2 |
| Microwave Commercial | 1 |
| Steamtable | 1 |
| BunToaster | 2 |
| Grill | 1 |
| Flato Top | 0 |
| Six Burner Stove / Oven Combo | 1 |
| Salamnader | 1 |
| Double Door Oven Convection | 1 |
| Double Door Alto Sham | 1 |
| Soup Well Double | 1 |
| Baked Potato Warmer | 1 |
| Self Containerd Steamer | 1 |
| Steam Soup Kettle | 1 |
| Ice Machine | 2 |

| Tableware, Plateware, Silverware | |
| --- | --- |
| Soda / Pint Glasses | 127 |
| Coffee Mugs | 65 |
| Bar Rocks Glasses | 39 |
| Wine Glasses | 33 |
| Martini Glasses | 12 |
| Cosmo Mixed Drin Glasses | 34 |
| Margarita Glasses | 29 |
| Shot Glasses | 19 |
| Wine Carafes Single Pour | 32 |
| Snifter | 14 |
| Champagne Flute | 12 |
| Glass Cappucino Mug | 18 |
| Sundae Glasses | 44 |
| Sangria Glass Pitchers | 13 |
| Beer Pitchers | 15 |
| Coffee Mugs | 65 |
| Soup Bowls | 49 |
| Au Jus Bowls | 67 |
| Salad Plates | 165 |
| Medium Plates | 90 |
| Large Plates | 88 |
| Mussell Bowls | 29 |
| Potato Bite Bowls | 34 |
| Casseroles | 29 |
| Pasta Casseroles | 25 |
| Dessert Plates | 49 |
| Wave Plate | 39 |
| Monkey Bowls | 55 |
| Pasta Bowls | 18 |
| Forks | 490 |
| Butter Knives | 220 |
| Steak Knives | 90 |
| Tea Spoons | 43 |
| Soup Spoons | 59 |
| Salad Bar Crocks - rectangle | 12 |
| Salad Bar Crocks - Quart 4 | 46 |
| Sheet Pans | 49 |
| Cutting Boards | 14 |

Page 2

| Miscellaneous | |
|---|---|
| Two Three Compartment Manual | 1 |
| Bar Sink Small 3 Bay Sink | 1 |
| Hand Sinks | 2 |
| Bar 3 compartment Sink | 1 |
| Dessert Area Single Sink | 1 |
| Ice Wells Bar | 1 |
| Ice Well Service Area | 1 |
| TV's | 7 |
| Overhang Wine Racks | 1 |
| Hi Chairs | 8 |
| Bosster Seats | 7 |
| Bar Stools | 18 |
| Table Chairs | 190 |
| Square Tables | 29 |
| Round Tables | 14 |
| Booth Tables | 21 |
| Booth Seats | 42 |
| Coat Racks | 4 |
| Host Stand | 1 |
| Safe | 1 |
| Banquet tables | 12 |
| Banquet Chairs | 55 |
| Outdoor Ceiling Fans | 0 |
| Prep Tables | 8 |
| Glass Racks | 16 |
| Dish Racks | 6 |
| Silverware Racks | 5 |

| Steamtable Pans | |
|---|---|
| Full Size | 40 |
| Half Size | 23 |
| Sixth Size | 43 |
| Third Size | 29 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
</table>

| Debtor name | **CB Woodbury, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF OKLAHOMA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |

1. **Does the debtor have any cash or cash equivalents?**

    ☑ No. Go to Part 2.
    ☐ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                                    **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)              Type of account              Last 4 digits of account number

4. **Other cash equivalents**     *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                        **$0.00**

| Part 2: | Deposits and prepayments |

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor    **CB Woodbury, LLC**
Name _____    Case number (if known) _____

**Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9.  **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.

    | $0.00 |

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

**Current value of debtor's interest**

11.  **Accounts receivable**

11a.  90 days old or less: _____**$0.00**_____ – _____**$0.00**_____ = .............. ➔    **$0.00**
        face amount          doubtful or uncollectible accounts

11b.  Over 90 days old: _____**$17,038.76**_____ – _____**$0.00**_____ = .............. ➔    **$17,038.76**
        face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

    | $17,038.76 |

## Part 4:  Investments

13.  **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17.  **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

    | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor    **CB Woodbury, LLC** _____    Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                                    $0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **CB Woodbury, LLC**          Case number (if known) _____
_____
Name

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Restaurant Equipment. See Attachment "Restaurant Equipment"** | $126,726.29 | Estimated Used Value | $15,320.00 |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$15,320.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  **CB Woodbury, LLC**          Case number (if known) _____
_____
Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **111 North Broad Street Woodbury, NJ 08096**<br>**111 North Broad Street, Woodbury, NJ 08096** | Leasehold | $40,469.29 | | $0.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

> $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| **Plenary Retail Liquor License 0266-33-001-006** | $224,000.00 | Estimate from License E | $170,000.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

> $170,000.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

Debtor    **CB Woodbury, LLC**_____    Case number (if known) _____
                Name

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes.  Fill in the information below.

                                          **Current value of
debtor's interest**

**71.  Notes receivable**

    Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                               **$0.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    **CB Woodbury, LLC**                                            Case number (if known) _____
　　　　　　Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $17,038.76 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,320.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*............................................➔ | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $170,000.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column.  91a. | $202,358.76  + | 91b. $0.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92......................................................................    **$202,358.76**

**Account Receivable**

1.    CB Restaurants, Inc.

On Wednesday, March 18, 2020, when the Charlie Brown's Fresh Grill restaurant owned by the Debtor, CB Woodbury, LLC, was closed, there was $900.00 in petty cash in the premises and food and beverage inventory with net book value of $26,234.09. The $900.00 in cash and the transferable portion of the food and beverage inventory, valued at $15,249.81, was removed from the premises by CB Restaurants, Inc., creating a receivable from CB Restaurants, Inc. to CB Woodbury, LLC of $16,149.81.


2.    Kramer Beverage Co., 161 S. 2nd Road Hammonton, NJ 08037

      Credit balance – $631.00


3.    Konrad Beer Distributing, 1320 Hurffville Rd. Deptford Township, NJ 08096

      Credit balance - $197.95


4.    Cape Beverage LLC, 505-A Terminal Dr Rio Grande, NJ 08242

      Credit balance - $60.00


.

**Fill in this information to identify the case:**

Debtor name  **CB Woodbury, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $9,470,527.09 | $32,358.76 |
| --- | --- | --- | --- |
| **Praesidian Capital Opp. Fund III, L.P.** | **Any and all assets now owned or hereafter acquired** | | |
| Creditor's mailing address | Describe the lien | | |
| **2 Madison Avenue** | **Trade Debt** | | |
| | **Is the creditor an insider or related party?** | | |
| **Larchmont        NY    10538** | ☑ No | | |
| | ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | ☐ No | | |
| Date debt was incurred | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply. | | |
| **Do multiple creditors have an interest in the same property?** | ☐ Contingent | | |
| ☐ No | ☐ Unliquidated | | |
| ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Disputed | | |

**For Restaurant Equipment. See Attachment "Restaurant Equipment": 1) Praesidian Capital Opp. Fund III-A, L.P.; 2) Praesidian Capital Opp. Fund III, L.P.. For Account Receivable. See Attachment "Account Receivable": 1) Praesidian Capital Opp. Fund III, L.P.; 2) Praesidian Capital Opp. Fund III-A, L.P..**

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                                $13,141,513.94

Debtor  **CB Woodbury, LLC** _____  Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2**

| **Creditor's name** | **Describe debtor's property that is** | **$3,670,986.85** | **$32,358.76** |
|---|---|---|---|

**Praesidian Capital Opp. Fund III-A, L.P.**

**subject to a lien**

**Creditor's mailing address**
**2 Madison Avenue**

**Any and all assets now owned or hereafter acquired**

**Describe the lien**
**Trade Debt**

_____

_____

**Larchmont        NY    10538**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is specified on lines **2.1** _____

Debtor   **CB Woodbury, LLC** _____   Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | | | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|---|---|
| **Doerner, Daniel & Anderson, LLP** | | | Line   **2.2** | ___ ___ ___ ___ |
| **Attn: Sam Bratton, II, Esq.** | | | | |
| **Two West 2nd St., Ste. 700** | | | | |
| **Tulsa** | **OK** | **74103-3117** | | |
| **Doerner, Daniel & Anderson, LLP** | | | Line   **2.1** | ___ ___ ___ ___ |
| **Attn: Sam Bratton, II, Esq.** | | | | |
| **Two West 2nd St., Ste. 700** | | | | |
| **Tulsa** | **OK** | **74103-3117** | | |
| **Ice Miller, LLP** | | | Line   **2.2** | ___ ___ ___ ___ |
| **Attn:John D. Giampolo, Esq.** | | | | |
| **1500 Broadway, 29th Floor** | | | | |
| **New York** | **NY** | **10036** | | |
| **Ice Miller, LLP** | | | Line   **2.1** | ___ ___ ___ ___ |
| **Attn:John D. Giampolo, Esq.** | | | | |
| **1500 Broadway, 29th Floor** | | | | |
| **New York** | **NY** | **10036** | | |

**Fill in this information to identify the case:**

Debtor **CB Woodbury, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,136.89 | $15,136.89 |

**2.1**   Priority creditor's name and mailing address

**New Jersey Dept. of Taxation**

**Sales Tax**

**P.O. Box 999**

**Trenton, NJ 08695-099**

Date or dates debt was incurred
**Feb/March 2020**

Last 4 digits of account
number    **4    6    0    5**

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Tax**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **CB Woodbury, LLC** _____    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
      claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

*Check that apply.*

**Analytical Bio Treatment**

**158 Linwood Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Paterson**          **NJ**    **07502**          **Business Debt**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No
                                                   ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

*Check all that apply.*

**City of Woodbury**

**33 Delaware St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Woodbury**          **NJ**    **08096**          **Business Debt**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __    ☑ No
                                                   ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

*Check all that apply.*

**Comcast**

**495 Prospect Ave., Suite 509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**West Orange**          **NJ**    **07052**          **Business Debt**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    3  9  4  7    ☑ No
                                                   ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

*Check all that apply.*

**DirecTV**

**P.O. Box 6550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Greenwood Village**          **CO**    **80155**          **Business Debt**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

Last 4 digits of account number    6  3  6  9    ☑ No
                                                   ☐ Yes

Debtor    **CB Woodbury, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$40,785.31

**English Associates**

**c/o Harold L. Crass**

**Woodbury Heights, NJ 8097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Broken Lease**

Date or dates debt was incurred    **April-July 2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$120.00

**Kretovich Landscaping, LLC**

**556 Queen Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Woodbury**                **NJ        08096**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

Unknown

**New Jersey American Water Company**

**P.O. Box 371331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility Bill**

**Pittsburgh**                **PA        15250**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5    7    7    3**

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

Unknown

**PSE & G**

**P.O. Box 14444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility Bill**

**New Brunswick**                **NJ        08906-4444**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2    9    0    1**

Debtor    **CB Woodbury, LLC**_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.9 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Unknown**

**Supreme Security Systems, Inc.**_____

☐ Contingent

**1565 Union Avenue**_____

☐ Unliquidated

☐ Disputed

_____

**Basis for the claim:**

**Union**          **NJ      07083**          **Business Debt**_____

**Date or dates debt was incurred**          _____

**Is the claim subject to offset?**

☑ No

**Last 4 digits of account number**      **1    2    1    5**

☐ Yes

Debtor    **CB Woodbury, LLC**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

4.1    **Martin A. Herman**
       **616 Park Avenue**

       **Woodbury Heights        NJ      08097**

Line    **3.5**

☐    Not listed.  Explain:

\_\_ \_\_ \_\_ \_\_

4.2    **New Jersey Department of Taxation**
       **Attn: Bankruptcy**
       **P.O. Box 245**

       **Trenton              NJ      08695**

Line    **2.1**

☐    Not listed.  Explain:

**4   6   0   5**

4.3    **William R. Pearson**
       **616 Park Avenue**

       **Woodbury Heights        NJ      08097**

Line    **3.5**

☐    Not listed.  Explain:

\_\_ \_\_ \_\_ \_\_

Debtor    **CB Woodbury, LLC**                                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                          **Total of claim amounts**

5a.    **Total claims from Part 1**                    5a.    _____ **$15,136.89**

5b.    **Total claims from Part 2**                    5b.  **+** _____ **$40,905.31**

5c.    **Total of Parts 1 and 2**                      5c.    ┌─────────────────┐
       Lines 5a + 5b = 5c.                                    │        **$56,042.20** │
                                                              └─────────────────┘

**Fill in this information to identify the case:**

Debtor name  **CB Woodbury, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known) _____  Chapter  **7**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Point of Sale System - Debtor is a user. Computer system is owned by parent company, CB Restaurants, Inc. Contract to be REJECTED | CB Restaurants, Inc. |
|---|---|---|---|
| | | | 14504 Hertz Quail Springs Pkwy |
| | State the term remaining | | |
| | List the contract number of any government contract | | Oklahoma City          OK      73134 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Satellite TV Receiver - Debtor is user, not lessee. TV Service contract is with parent company, CB Restaurants, Inc. Contract to be REJECTED | DIRECTV |
|---|---|---|---|
| | | | P.O. Box 6550 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Greenwood Village      CO      80155 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Dishwashing machine - Debtor is user, not lessee. Contract is with parent company, CB Restaurants, Inc. Contract to be REJECTED | Ecolab |
|---|---|---|---|
| | | | Attn: Rob Hutcherson |
| | | | 1 Ecolab Place |
| | State the term remaining | | |
| | List the contract number of any government contract | | St. Paul          MN      55102 |

Debtor **CB Woodbury, LLC** _____ Case number (if known) _____

**⬛ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease of restaurant premises. Debtor is tenant under lease. Contract to be REJECTED | English Associates |
| | | | c/o Harold L. Crass |
| | | | 616 Park Avenue |
| | State the term remaining | | |
| | List the contract number of any government contract | | Woodbury Heights          NJ          08097 |

| | | | |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Cutlery leased by Debtor. Contract to be REJECTED | Frederick & Son Knife & Slicer Co. |
| | | | 575 N. Route 73 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Berlin          NJ          08091 |

| | | | |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Bottle gas system - Debtor is user, no lease.  Vendor loans equipment to sell gas, contract is with parent company, CB Restaurants, Inc. Contract to be REJECTED | NuC02 |
| | | | Attn: Jonathan Baza |
| | | | 2800 SE Market Place |
| | State the term remaining | | |
| | List the contract number of any government contract | | Stuart          FL          34997 |

| | | | |
|---|---|---|---|
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Soft drink dispensing machine - Debtor is user, not lessee.  Vendor loans equipment to sell soda. Contract is with parent company, CB Restaurants, Inc. Contract to be REJECTED | Pepsi |
| | | | Attn: Crystal Gibbs |
| | | | 700 Anderson Hill Road |
| | State the term remaining | | Purchase          NY          10577 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Coffee and tea machines - Debtor is user, not lessee.  Food service contract is with parent company, CB Restaurants, Inc. Contract to be REJECTED | Performance Food Group, Inc. |
| | | | 301 Heron Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Swedesboro          NJ          08085 |

<table>
<tr><td colspan="2" style="background-color:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>CB Woodbury, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF OKLAHOMA</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1**  CB Chatham, LLC | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**          **OK   73134**<br>City                           State   ZIP Code | **Praesidian Capital Opp. Fund III, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2**  CB Chatham, LLC | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**          **OK   73134**<br>City                           State   ZIP Code | **Praesidian Capital Opp. Fund III-A, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.3**  CB Denville, LLC | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**          **OK   73134**<br>City                           State   ZIP Code | **Praesidian Capital Opp. Fund III, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.4**  CB Denville, LLC | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**          **OK   73134**<br>City                           State   ZIP Code | **Praesidian Capital Opp. Fund III-A, L.P.** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **CB Woodbury, LLC**                                      Case number (if known) _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | CB East Brunswick, LLC | 14504 Hertz Quail Springs Parkway<br>Number    Street<br><br>Oklahoma City    OK  73134<br>City    State  ZIP Code | Praesidian Capital Opp. Fund III, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | CB East Brunswick, LLC | 14504 Hertz Quail Springs Parkway<br>Number    Street<br><br>Oklahoma City    OK  73134<br>City    State  ZIP Code | Praesidian Capital Opp. Fund III-A, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | CB East Windsor, LLC | 14504 Hertz Quail Springs Parkway<br>Number    Street<br><br>Oklahoma City    OK  73134<br>City    State  ZIP Code | Praesidian Capital Opp. Fund III, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | CB East Windsor, LLC | 14504 Hertz Quail Springs Parkway<br>Number    Street<br><br>Oklahoma City    OK  73134<br>City    State  ZIP Code | Praesidian Capital Opp. Fund III-A, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | CB Edison, LLC | 14504 Hertz Quail Springs Parkway<br>Number    Street<br><br>Oklahoma City    OK  73134<br>City    State  ZIP Code | Praesidian Capital Opp. Fund III, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | CB Edison, LLC | 14504 Hertz Quail Springs Parkway<br>Number    Street<br><br>Oklahoma City    OK  73134<br>City    State  ZIP Code | Praesidian Capital Opp. Fund III-A, L.P. | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | CB Lacey, LLC | 14504 Hertz Quail Springs Parkway<br>Number    Street<br><br>Oklahoma City    OK  73134<br>City    State  ZIP Code | Praesidian Capital Opp. Fund III, L.P. | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **CB Woodbury, LLC**                                    Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.12  CB Lacey, LLC** | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**    **OK**  **73134**<br>City                State   ZIP Code | **Praesidian Capital Opp.**<br>**Fund III-A, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.13  CB Lakewood, LLC** | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**    **OK**  **73134**<br>City                State   ZIP Code | **Praesidian Capital Opp.**<br>**Fund III, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.14  CB Lakewood, LLC** | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**    **OK**  **73134**<br>City                State   ZIP Code | **Praesidian Capital Opp.**<br>**Fund III-A, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.15  CB Millburn, LLC** | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**    **OK**  **73134**<br>City                State   ZIP Code | **Praesidian Capital Opp.**<br>**Fund III, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.16  CB Millburn, LLC** | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**    **OK**  **73134**<br>City                State   ZIP Code | **Praesidian Capital Opp.**<br>**Fund III-A, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.17  CB Old Tappan, LLC** | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**    **OK**  **73134**<br>City                State   ZIP Code | **Praesidian Capital Opp.**<br>**Fund III, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.18  CB Old Tappan, LLC** | **14504 Hertz Quail Springs Parkway**<br>Number    Street<br><br>**Oklahoma City**    **OK**  **73134**<br>City                State   ZIP Code | **Praesidian Capital Opp.**<br>**Fund III-A, L.P.** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **CB Woodbury, LLC**                                     Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|

**2.19  CB Oradell, LLC**
14504 Hertz Quail Springs Parkway
Number    Street

Oklahoma City    OK    73134
City    State   ZIP Code

**Praesidian Capital Opp. Fund III, L.P.**
☑ D
☐ E/F
☐ G

**2.20  CB Oradell, LLC**
14504 Hertz Quail Springs Parkway
Number    Street

Oklahoma City    OK    73134
City    State   ZIP Code

**Praesidian Capital Opp. Fund III-A, L.P.**
☑ D
☐ E/F
☐ G

**2.21  CB Restaurants, Inc.**
14504 Hertz Quail Springs Parkway
Number    Street

Oklahoma City    OK    73134
City    State   ZIP Code

**Praesidian Capital Opp. Fund III, L.P.**
☑ D
☐ E/F
☐ G

**2.22  CB Restaurants, Inc.**
14504 Hertz Quail Springs Parkway
Number    Street

Oklahoma City    OK    73134
City    State   ZIP Code

**Praesidian Capital Opp. Fund III-A, L.P.**
☑ D
☐ E/F
☐ G

**2.23  CB Silverton, LLC**
14504 Hertz Quail Springs Parkway
Number    Street

Oklahoma City    OK    73134
City    State   ZIP Code

**Praesidian Capital Opp. Fund III, L.P.**
☑ D
☐ E/F
☐ G

**2.24  CB Silverton, LLC**
14504 Hertz Quail Springs Parkway
Number    Street

Oklahoma City    OK    73134
City    State   ZIP Code

**Praesidian Capital Opp. Fund III-A, L.P.**
☑ D
☐ E/F
☐ G

**2.25  CB Staten Island, LLC**
14504 Hertz Quail Springs Parkway
Number    Street

Oklahoma City    OK    73134
City    State   ZIP Code

**Praesidian Capital Opp. Fund III, L.P.**
☑ D
☐ E/F
☐ G

Debtor      **CB Woodbury, LLC** _____      Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name / Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.26** | **CB Staten Island, LLC**  **14504 Hertz Quail Springs Parkway**  Number     Street  **Oklahoma City**     **OK**  **73134**  City                              State  ZIP Code | **Praesidian Capital Opp. Fund III-A, L.P.** | ☑ D  ☐ E/F  ☐ G |
| **2.27** | **CB Washington TWSP, LLC**  **14504 Hertz Quail Springs Parkway**  Number     Street  **Oklahoma City**     **OK**  **73134**  City                              State  ZIP Code | **Praesidian Capital Opp. Fund III, L.P.** | ☑ D  ☐ E/F  ☐ G |
| **2.28** | **CB Washington TWSP, LLC**  **14504 Hertz Quail Springs Parkway**  Number     Street  **Oklahoma City**     **OK**  **73134**  City                              State  ZIP Code | **Praesidian Capital Opp. Fund III-A, L.P.** | ☑ D  ☐ E/F  ☐ G |
| **2.29** | **CB Wayne, LLC**  **14504 Hertz Quail Springs Parkway**  Number     Street  **Oklahoma City**     **OK**  **73134**  City                              State  ZIP Code | **Praesidian Capital Opp. Fund III, L.P.** | ☑ D  ☐ E/F  ☐ G |
| **2.30** | **CB Wayne, LLC**  **14504 Hertz Quail Springs Parkway**  Number     Street  **Oklahoma City**     **OK**  **73134**  City                              State  ZIP Code | **Praesidian Capital Opp. Fund III-A, L.P.** | ☑ D  ☐ E/F  ☐ G |
| **2.31** | **CB Westampton, LLC**  **14504 Hertz Quail Springs Parkway**  Number     Street  **Oklahoma City**     **OK**  **73134**  City                              State  ZIP Code | **Praesidian Capital Opp. Fund III, L.P.** | ☑ D  ☐ E/F  ☐ G |
| **2.32** | **CB Westampton, LLC**  **14504 Hertz Quail Springs Parkway**  Number     Street  **Oklahoma City**     **OK**  **73134**  City                              State  ZIP Code | **Praesidian Capital Opp. Fund III-A, L.P.** | ☑ D  ☐ E/F  ☐ G |

Debtor    **CB Woodbury, LLC**                                              Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| **2.33** | **CHBR Fishkill, LLC** | **14504 Hertz Quail Springs Parkway**<br>Number        Street<br><br>**Oklahoma City**        **OK**   **73134**<br>City                          State    ZIP Code | **Praesidian Capital Opp. Fund III, L.P.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.34** | **CHBR Fishkill, LLC** | **14504 Hertz Quail Springs Parkway**<br>Number        Street<br><br>**Oklahoma City**        **OK**   **73134**<br>City                          State    ZIP Code | **Praesidian Capital Opp. Fund III-A, L.P.** | ☑ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor Name **CB Woodbury, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B..................................................................................... | **$202,358.76** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................................... | **$202,358.76** |

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$13,141,513.94** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................................................... | **$15,136.89** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | **+** **$40,905.31** |

4. **Total liabilities**
   Lines 2 + 3a + 3b...................................................................................................................................... | **$13,197,556.14** |

---

**Fill in this information to identify the case and this filing:**

Debtor Name    **CB Woodbury, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/31/2020**     X **/s/ Bradley L. Grow**
      MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                **Bradley L. Grow**
                                Printed name

                                **President**
                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**CB Woodbury, LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF OKLAHOMA**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __12/30/2019__ to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$390,230.00** |
| **For prior year:** | From __12/31/2018__ to __12/24/2019__<br>MM / DD / YYYY      MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$1,820,559.00** |
| **For the year before that:** | From __01/01/2018__ to __12/30/2018__<br>MM / DD / YYYY      MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$1,781,324.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor    **CB Woodbury, LLC**_____    Case number (if known) _____
                Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **CB Restaurants, Inc.** | 03/18/2020 | **$16,149.81** | **On Wenesday, March 18, 2020, when the Charlie Brown's Fresh Grill restaurant owned by the Debtor, CB Woodbury, LLC, was closed, there was $900.00 in petty cash in the premises and food and beverage inventory with net book value of $26,234.09. The $900.00 in cash and the transferable portion of the food and beverage inventory, valued at $15,249.81, was removed from the premises by CB Restaurants, Inc., creating a receivable from CB Restaurants, Inc. to CB Woodbury, LLC of $16,149.81.** |
|  | Insider's name |  |  |  |
|  | **14504 Hertz Quail Springs Parkway** |  |  |  |
|  | Street |  |  |  |
|  | **Oklahoma City        OK    73134** |  |  |  |
|  | City                    State    ZIP Code |  |  |  |
|  | **Relationship to debtor** |  |  |  |
|  | **Parent Company** |  |  |  |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

Debtor    **CB Woodbury, LLC**                                    Case number (if known) _____
_____
Name

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☑ None

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property)*. | | |
| **Perishable Food Items and open alcohol were discarded when the restaurant closed. $5,861.79 in open or prepared items from the food inventory could not be transferred and were discarded. $5,122.49 in open beer, wine, liquor and mixes could not be transferred and were discarded from the beverage inventory.** | | **03/18/2020** | **$10,984.28** |

Debtor   **CB Woodbury, LLC**                                    Case number (if known) _____
_____
Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Gooding Law Firm, P.C.** | **$7,100.00 Attorney Fee** **$400.00  Costs (Filing Fee, postage and copies.)** | 07/10/2020 | **$7,500.00** |

Address

**204 N. Robinson Avenue**
Street
**Suite 650**

**Oklahoma City          OK     73102**
City                          State   ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**
**CB Restaurants, Inc.**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor    **CB Woodbury, LLC**                                    Case number (if known) _____
          _____
          Name

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
          ☐ No.  Go to Part 10.
          ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor     **CB Woodbury, LLC**                                    Case number (if known) _____
                Name

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21.  Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

Debtor    **CB Woodbury, LLC**                                    Case number (if known) _____
            Name

### 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**                                                      **Dates of service**

26a.1.  **Abacus Systems Solutions, LLC**                      From  **01/01/2011**   To   **Present**
         Name
         **27 E. Sheridan Ave., Ste. 200**
         Street

         **Oklahoma City**              **OK**        **73104**
         City                          State       ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                                      **If any books of account and records are**
                                                                           **unavailable, explain why**

26c.1.  **Abacus Systems Solutions, LLC**
         Name
         **27 E. Sheridan Ave., Ste 200**
         Street

         **Oklahoma City**              **OK**        **73104**
         City                          State       ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Praesidian Capital Opp. Fund III, L.P.**
         Name
         **2 Madison Ave.**
         Street

         **Larchmont**                 **NY**        **10538**
         City                          State       ZIP Code

**Name and address**

26d.2.  **Praesidian Capital Opp. Fund III-A, L.P.**
         Name
         **2 Madison Ave.**
         Street

         **Larchmont**                 **NY**        **10538**
         City                          State       ZIP Code

Debtor    **CB Woodbury, LLC**
          Name                                          Case number (if known) _____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.

☑ Yes.  Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Roland Weinert** | **03/15/2020** | **$26,504.10 / Food Cost** |

Name and address of the person who has possession of inventory records

27.1.  **Abacus Systems Solutions, LLC**
       Name
       **27 E. Sheridan Ave., Ste. 200**
       Street
       _____

       **Oklahoma City**                **OK**     **73104**
       City                             State      ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Mohamed Awad** | **07/23/2020** | **$15,320.00 / Est. CMV** |

Name and address of the person who has possession of inventory records

27.2.  **Abacus Systems Solutions, LLC**
       Name
       **27 E. Sheridan Ave., Ste. 200**
       Street
       _____

       **Oklahoma City**                **OK**     **73104**
       City                             State      ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CB Restaurants, Inc.** | **14504 Hertz Quail Springs Pkwy Oklahoma City, OK 73134** | **Sole Member and Manager** | **100%** |
| **Bradley L. Grow** | **1101 W. Waterloo Rd. Edmond, OK 73134** | **President / Indirect** | **9.1%** |
| **Rob Marquardt** | **19 Walden Circle Saratoga Springs, OK 12866** | **VP of CB Restaurants, Inc. / Indirect** | **20%** |
| **Jason D. Drattell** | **2 Madison Ave. Larchmont, NY 10538** | **President of CB Restaurants, Inc. / Indirect** | **<1%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James M. Burke** | **1101 W. Waterloo Road Edmond, OK 73025** | **CEO** | From **03/14/2011** To **03/20/2020** |

Debtor    **CB Woodbury, LLC** _____    Case number (if known) _____
          Name

| | | | |
|---|---|---|---|
| **William C. Liedtke III** | **1101 W. Waterloo Road**<br>**Edmond, OK 73025** | **VP of CB**<br>**Restaurants, Inc.** | From **08/01/2012** To **03/20/2020** |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes.  Identify below.

**Name of the parent corporation**                        **Employer Identification number of the parent corporation**
**CB Restaurants, Inc.** _____    EIN:  **4    5  – 1    5    7    0    1    7    1**

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor    **CB Woodbury, LLC**_____    Case number (if known) _____
Name

| Part 14: | Signature and Declaration |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/31/2020**_____
MM / DD / YYYY


**X** **/s/ Bradley L. Grow**_____    Printed name **Bradley L. Grow**_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY DIVISION

In re  **CB Woodbury, LLC**

Case No. _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................  **$7,100.00**

Prior to the filing of this statement I have received........................................................  **$7,100.00**

Balance Due.............................................................................................................  **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor                    ☑ Other (specify)
                                **Parent Company of Debtor**

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr>
<td><u>_____08/31/2020_____</u><br><i>Date</i></td>
<td><b>/s/ Mark B. Toffoli</b><br><i>Mark B. Toffoli</i>       Bar No.  9045<br>The Gooding Law Firm, P.C.<br>650 City Place Building<br>204 N. Robinson Avenue<br>Oklahoma City, Oklahoma 73102<br>Phone: (405) 948-1978 / Fax: (405) 948-0864</td>
</tr>
</table>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:   **CB Woodbury, LLC**                                          CASE NO

                                                                      CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/31/2020                                 Signature   **/s/ Bradley L. Grow**
                                                            **Bradley L. Grow**
                                                            **President**

Date _____                    Signature  _____

Analytical Bio Treatment
158 Linwood Ave.
Paterson, NJ 07502


CB Chatham, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Denville, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB East Brunswick, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB East Windsor, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Edison, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Lacey, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Lakewood, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Millburn, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134

CB Old Tappan, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Oradell, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Restaurants, Inc.
14504 Hertz Quail Springs Pkwy
Oklahoma City, OK 73134


CB Restaurants, Inc.
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Silverton, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Staten Island, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Washington TWSP, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Wayne, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


CB Westampton, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134

CHBR Fishkill, LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


City of Woodbury
33 Delaware St.
Woodbury, NJ 08096


Comcast
495 Prospect Ave., Suite 509
West Orange, NJ 07052


DirecTV
P.O. Box 6550
Greenwood Village, CO 80155


Doerner, Daniel & Anderson, LLP
Attn: Sam Bratton, II, Esq.
Two West 2nd St., Ste. 700
Tulsa, OK 74103-3117


Ecolab
Attn: Rob Hutcherson
1 Ecolab Place
St. Paul, MN 55102


English Associates
c/o Harold L. Crass
Woodbury Heights, NJ 8097


English Associates
c/o Harold L. Crass
616 Park Avenue
Woodbury Heights, NJ 08097


Frederick & Son Knife & Slicer Co.
575 N. Route 73
Berlin, NJ 08091

Ice Miller, LLP
Attn:John D. Giampolo, Esq.
1500 Broadway, 29th Floor
New York, NY 10036


Kretovich Landscaping, LLC
556 Queen Street
Woodbury, NJ 08096


Martin A. Herman
616 Park Avenue
Woodbury Heights, NJ 08097


New Jersey American Water Company
P.O. Box 371331
Pittsburgh, PA 15250


New Jersey Department of Taxation
Attn: Bankruptcy
P.O. Box 245
Trenton, NJ 08695


New Jersey Dept. of Taxation
Sales Tax
P.O. Box 999
Trenton, NJ 08695-099


NuC02
Attn: Jonathan Baza
2800 SE Market Place
Stuart, FL 34997


Pepsi
Attn: Crystal Gibbs
700 Anderson Hill Road
Purchase, NY 10577


Performance Food Group, Inc.
301 Heron Drive
Swedesboro, NJ 08085

Praesidian Capital Opp. Fund III, L.P.
2 Madison Avenue
Larchmont, NY 10538


Praesidian Capital Opp. Fund III-A, L.P.
2 Madison Avenue
Larchmont, NY 10538


PSE & G
P.O. Box 14444
New Brunswick,NJ 08906-4444


Supreme Security Systems, Inc.
1565 Union Avenue
Union, NJ 07083


William R. Pearson
616 Park Avenue
Woodbury Heights, NJ 08097

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re: **CB Woodbury, LLC**                                           CASE NO

                                                                     CHAPTER   **7**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:         **$1,255,811.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:    **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$0.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):    **$0.00**