**Dated: November 16, 2021**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **CB WOODBURY, LLC,** | ) | BK-20-12908-SAH |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

### AGREED ORDER ON DEBTOR'S MOTION TO DISMISS

There comes on for consideration the motion of CB Woodbury, LLC ("CBW" or "Debtor"), the debtor in the above-styled and numbered bankruptcy proceeding, requesting dismissal of the instant chapter 7 bankruptcy proceeding. The following findings of fact are based upon representation of counsel:

1. CBW filed the *Motion to Dismiss, Notice of Opportunity for* Hearing*, and Notice of Hearing* [DOC: 21] (the "Motion") on April 29, 2021, and served notice thereof via ECF filing, and first class U.S. mail, postage prepaid, on all parties in interest.

2. Any responses to the relief requested in the Motion were due on or before May 20, 2021.

[1]

3. On May 6, 2021, a response [DOC: 22] (the "Response") to the relief requested in the Motion was filed by the trustee (the "Trustee") of the CBW bankruptcy estate. No other responses have been filed in response to the Motion.

4. The Response did not object to the granting of the Motion and the dismissal of the instant bankruptcy, subject to certain enumerated conditions being satisfied.

5. On May 24, 2021, the Court entered the *Order on Debtor's Motion to Dismiss* [DOC: 24] which held the relief requested in the Motion may be granted, subject to the following conditions:

   a. The Trustee shall file applications for compensation and reimbursement of expenses for the Trustee's attorney and for the Trustee's liquidator (with the liquidator's compensation request being based upon a constructive $170,000.00 sale of the Debtor's liquor license), all subject to Court approval;

   b. Debtor shall pay, directly and not through the Trustee, all unsecured claims and all allowed administrative expenses of the estate;

   c. Upon completion of all required payments, the Debtor shall submit a written declaration to the Trustee setting out: each unsecured claim and administrative expense paid, the amount of such payment, the date of such payment and the associated check or money order number or other identifying payment number;

   d. Upon receipt and approval of Debtor's declaration regarding payments made, the Trustee shall file a Notice of Compliance with Order on Debtor's Motion to Dismiss setting out Debtor's completion of the same; and

e.      Upon receipt and consideration of the Trustee's Notice of Compliance with Order on Debtor's Motion to Dismiss, the Court shall enter a Dismissal of Debtor's bankruptcy case.

6.      As indicated by the signatures affixed hereto by counsel, the Court is advised the conditions for dismissal, as set forth hereinabove, have now been met.  Accordingly,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, the Motion to Dismiss filed by the Debtor shall be, and hereby is granted; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, the above-styled and numbered bankruptcy case is dismissed.

###

Approved for entry:

/s/ Mark B. Toffoli
Mark B. Toffoli, OBA No. 9045
THE GOODING LAW FIRM
A PROFESSIONAL CORPORATION
204 North Robinson, Suite 650
Oklahoma City, Oklahoma  73102
TELEPHONE: (405) 948-1978
TELEFACSIMILE: (405) 948-0864
EMAIL:  mtoffoli@goodingfirm.com
COUNSEL FOR CB WOODBURY, LLC


/s/ John Mashburn
John Mashburn, OBA#12763
JOHN D. MASHBURN, ATTORNEY AT LAW, P.C.
1616 E 19th Street, Suite 301A
Edmond, OK 73013
(405) 726-9795 Telephone
(405) 726-9796 Facsimile
john@mashburnlaw.net
ATTORNEY FOR THE TRUSTEE